# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Lee E May<br><br>    Debtor(s) | Case No. 09 B 25266 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/13/2009.

2) The plan was confirmed on 09/02/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 09/26/2016.

6) Number of months from filing to last payment: 87.

7) Number of months case was pending: 90.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $17,717.40.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $78,653.56 |
| Less amount refunded to debtor | $2,570.16 |
| **NET RECEIPTS:** | **$76,083.40** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,379.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,382.63 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,761.63** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Allstate | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 689.00 | 688.24 | 688.24 | 688.24 | 90.59 |
| AmeriCash Loans LLC | Unsecured | 250.00 | 1,378.45 | 1,378.45 | 1,378.45 | 180.26 |
| Capital One | Unsecured | 3,437.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,065.00 | NA | NA | 0.00 | 0.00 |
| Capital Solutions Investments | Unsecured | 450.00 | 589.39 | 589.39 | 589.39 | 82.32 |
| Chase Bank USA NA | Unsecured | NA | 226.81 | 226.81 | 226.81 | 30.17 |
| Check Into Cash | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Circuit Country | Secured | 803.00 | 803.00 | 803.00 | 803.00 | 44.04 |
| Corporate America Family CU | Unsecured | 1,539.00 | NA | NA | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | NA | 1,368.80 | 1,368.80 | 1,368.80 | 178.98 |
| Creditors Bankruptcy Service | Unsecured | NA | 668.98 | 668.98 | 668.98 | 87.72 |
| Creditors Bankruptcy Service | Unsecured | 28.00 | 1,692.82 | 1,692.82 | 1,692.82 | 221.33 |
| Creditors Bankruptcy Service | Unsecured | 200.00 | 200.00 | 200.00 | 200.00 | 26.70 |
| Creditors Bankruptcy Service | Unsecured | 1,464.00 | 1,463.91 | 1,463.91 | 1,463.91 | 191.39 |
| Creditors Bankruptcy Service | Unsecured | 298.00 | 297.91 | 297.91 | 297.91 | 39.56 |
| Creditors Bankruptcy Service | Unsecured | 642.00 | 642.04 | 642.04 | 642.04 | 84.30 |
| Creditors Bankruptcy Service | Unsecured | 325.63 | 325.63 | 325.63 | 325.63 | 43.17 |
| Creditors Bankruptcy Service | Unsecured | 1,846.25 | 1,846.25 | 1,846.25 | 1,846.25 | 241.43 |
| Dollar Bills | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 1,000.00 | 1,041.95 | 1,041.95 | 1,041.95 | 136.20 |
| ECast Settlement Corp | Unsecured | 49.00 | 59.00 | 59.00 | 59.00 | 8.31 |
| ECast Settlement Corp | Unsecured | NA | 4,720.17 | 4,720.17 | 4,720.17 | 617.00 |
| Educational Credit Management Corp | Unsecured | 8,692.00 | 9,116.39 | 9,116.39 | 9,116.39 | 1,192.85 |
| FDS National Bank | Unsecured | 50.00 | 2,667.00 | 2,667.00 | 2,667.00 | 348.65 |
| First American Cash Advance | Unsecured | NA | 1,089.78 | 1,089.78 | 1,089.78 | 142.49 |
| First Bank Of Delaware | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| First Bank Of Delaware | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Svcs DBA USA Webca: | Unsecured | 597.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 2,258.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | NA | 977.55 | 977.55 | 977.55 | 128.09 |
| Jefferson Capital Systems LLC | Unsecured | NA | 751.26 | 751.26 | 751.26 | 98.52 |
| Jefferson Capital Systems LLC | Unsecured | NA | 761.95 | 761.95 | 761.95 | 99.92 |
| KY Employee Credit Union | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Loan Shop | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Macy's | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Money Market | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Loans LLC | Unsecured | 1,653.00 | 1,195.13 | 1,195.13 | 1,195.13 | 156.24 |
| Norwest Capital Investment | Unsecured | 121.00 | 916.09 | 916.09 | 916.09 | 120.05 |
| Pay Day Loans | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 130.00 | 193.27 | 193.27 | 193.27 | 25.86 |
| Premier Bankcard | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 300.00 | 447.90 | 447.90 | 447.90 | 58.95 |
| Quick Click Loans | Unsecured | 1.00 | 1,880.30 | 1,880.30 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 918.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 500.00 | 10,488.93 | 10,488.93 | 10,488.93 | 1,371.26 |
| Resurgent Capital Services | Unsecured | 155.00 | 992.02 | 992.02 | 992.02 | 129.90 |
| South Division Credit Union | Unsecured | 3,662.00 | 1,702.10 | 1,702.10 | 0.00 | 0.00 |
| Tremont Financial | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| U S Postal Service Federal Credit Union | Secured | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 410.15 |
| United Cash Loans | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Universal Lenders Inc | Unsecured | 35.00 | 5,416.40 | 5,416.40 | 5,416.40 | 708.35 |
| Unlimited Prepaid | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Web Pay Day | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Worldwide Credit | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $10,803.00 | $10,803.00 | $454.19 |
| **TOTAL SECURED:** | **$10,803.00** | **$10,803.00** | **$454.19** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$55,806.42** | **$52,224.02** | **$6,840.56** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,761.63 |
| Disbursements to Creditors | $70,321.77 |
| **TOTAL DISBURSEMENTS** : | **$76,083.40** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/27/2016          By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**